NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE COMPAK COMPANIES, LLC,**
*Plaintiff-Appellant,*

v.

**JIMMIE L. JOHNSON, RON BOWEN, PATPAK, INC., OLMARC PACKAGING COMPANY, AND URBAN MINISTRIES, INC.,**
*Defendants,*

AND

**BRUCE CARLSON, DUOTECH HOLDINGS, INC., AND DUOTECH PACKAGING, LLC,**
*Defendants-Cross Appellants.*

---

2011-1457, -1483

---

Appeals from the United States District Court for the Northern District of Illinois in case no. 03-CV-7427, Senior Judge John F. Grady.

---

ON MOTION

---

ORDER

The Compak Companies, LLC moves without opposition for an extension of time, until December 1, 2011 to file its initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Counsel for both the appellant and the cross appellants should promptly file entries of appearance.

FOR THE COURT

NOV 0 3 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  George J. Spathis, Esq.
     Marshall J. Burt, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 3 2011

JAN HORBALY
CLERK